IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **REY FRANCISCO ROSARIO,** | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:15cv151-MHT |
| | ) | (WO) |
| **KENNETH JONES, et al.,** | ) | |
| | ) | |
|     Respondents. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

    (1) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted.

    (2) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.  All pending motions are denied as moot.

    It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of January, 2017.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE